**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 29, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DAVID A. JACKSON, a/k/a Gerald David
Jackson, a/k/a Gerald D. Roderick-Jackson,

    Defendant - Appellant.

No. 22-8032
(D.C. No. 1:21-CR-00087-NDF-1)
(D. Wyo.)

_____

**ORDER AND JUDGMENT***
_____

Before **McHUGH**, **BRISCOE**, and **MORITZ**, Circuit Judges.
_____

After David A. Jackson entered into a plea agreement that included a waiver of

his right to appeal, he pleaded guilty to wire fraud, willful failure to pay employment

taxes, and failure to file an individual tax return.  He was sentenced to 46 months in

prison.  Despite his waiver, he has filed a notice of appeal.  The government has

moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315,

1328 (10th Cir. 2004) (en banc) (per curiam).

*Hahn* sets forth three factors to evaluate an appeal waiver:  "(1) whether the

disputed appeal falls within the scope of the waiver of appellate rights; (2) whether

---

    * This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

the defendant knowingly and voluntarily waived his appellate rights; and (3) whether enforcing the waiver would result in a miscarriage of justice." *Id.* at 1325. In response to the government's motion, Mr. Jackson, through counsel, has stated that he does not object to the dismissal of this appeal pursuant to *Hahn*.

We need not address the *Hahn* factors when the defendant does not dispute them. *See United States v. Porter*, 405 F.3d 1136, 1143 (10th Cir. 2005). In light of Mr. Jackson's concession, the motion to enforce is granted and this appeal is dismissed.

Entered for the Court
Per Curiam
